RECEIVED
SEP 26 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-148 (MJD/LIB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN TORRES, JR.,

    Defendant.

**INFORMATION**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On March 13, 2022, in the State and District of Minnesota, the Defendant,

**MARTIN TORRES, JR.,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely:

| Crime | Jurisdiction | Date of Conviction (on or about) |
|---|---|---|
| Felony Deprivation of Custodial Rights | Clay County, Minnesota | December 14, 2005 |
| Possession of Methamphetamine with Intent to Deliver or Manufacture | Cass County, North Dakota | January 28, 2008 |
| Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, Namely Methamphetamine in Excess of 500 Grams (21 U.S.C. § 846) | United States District Court, District of North Dakota | December 3, 2008 |
| Possession with Intent to Manufacture or Deliver Methamphetamine – Third Offense or More | Cass County, North Dakota | August 12, 2019 |

SCANNED
SEP 26 2022
U.S. DISTRICT COURT MPLS

| Crime | Jurisdiction | Date of Conviction (on or about) |
|---|---|---|
| Fifth Degree Possession of a Controlled Substance, Namely Methamphetamine | Clay County, Minnesota | November 5, 2019 |
| Felony Simple Assault of a Peace or Correctional Officer | Cass County, North Dakota | October 28, 2020 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Hi-Point Model C-9, 9mm caliber pistol, bearing serial number P10126039, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Count 1 of this Information is incorporated by reference and for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of Count 1 of this Information, the Defendant shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in the commission of said count of conviction, including but not limited to a Hi-Point Model C-9, 9mm caliber pistol, bearing serial number P10126039, and all ammunition seized therewith, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Dated: September 26, 2022          Respectfully submitted,

                                          ANDREW M. LUGER
                                          United States Attorney

                                          *s/Hillary A. Taylor*
                                          BY: HILLARY A. TAYLOR
                                          Special Assistant United States Attorney
                                          Attorney ID No. 0398557